PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington



## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Julia Yvonne Barnhart                Case Number:  2:02CR00251-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  3/17/2003                Type of Supervision:  Supervised Release

Original Offense: Forgery and Alteration of a United States Treasury Check With the Intent to Defraud, 18 U.S.C. § 495                Date Supervision Commenced:  6/3/2003

Original Sentence: Prison - 30 Months; TSR - 36 Months                Date Supervision Expires:  6/3/2006

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20.  You shall reside in a community corrections center for a period of up to 90 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On April 22, 2005, the undersigned officer was notified by the Washington State Department of Corrections (DOC) and the Spokane County Sheriff's Office that they were conducting a search at Mrs. Barnhart's residence as a result of Mrs. Barnhart's husband providing a positive urine specimen to his DOC probation officer. Officers located various suspected stolen items at Mrs. Barnhart's residence in addition to methamphetamine. They were not able to determine if any of the contraband belonged to Mrs. Barnhart or her husband. As a result, her husband's state probation was revoked. Mrs. Barnhart met with the undersigned officer on April 25, 2005, at which time she admitted to consuming methamphetamine on a regular basis soon after her husband was released from prison in February of this year. She provided a urine specimen on April 25, 2005, which was confirmed positive for methamphetamine. Subsequently, Mrs. Barnhart's frequency of uranalysis testing was increased and she was referred back to outpatient counseling.

Prior to Mrs. Barnhart's husband's release from prison, the defendant successfully completed the Spokane County Drug Court Program, attended Narcotics Anonymous meetings weekly, maintained a stable residence, and has maintained a stable full-time job throughout her term of supervision. Through discussion with the defendant, and observations of the undersigned officer, it is evident that Mrs. Barnhart's husband has had a negative influence on the defendant's recovery.

Julia Barnhart agrees at this time the best opportunity for her to "start over" is placement in a structured environment, where she can focus on obtaining a more suitable and supportive living arrangement. Subsequently, she has signed the attached waiver or hearing to modify her conditions of supervision to include a 90-day placement at a community corrections center. Should Your Honor concur with this modification, please proceed accordingly.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: May 26, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

5/31/05
Date